UNITED STATES BANKRUPTCY COURT
District of Arizona

RE: )
 ) Case No. 4:18-bk-08618-BMW
Derick Wayne Ball and Ellen Jane Ball )
 ) Chapter - 13
Debtor(s) )

**ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On March 6, 2020, an application was filed for the Claimant(s), Dilks & Knopik, LLC as assignee to Derick & Ellen Ball, debtor for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $2,565.10 held in unclaimed funds be made payable to Dilks & Knopik, LLC and be disbursed to the payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.